ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA     :   INDICTMENT

      - v. -               :   22 Cr.

BRANDY ARIAS,                :

      Defendant.           :

- - - - - - - - - - - - - - - - x

JUDGE CRONAN

22 CRIM 411

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 26 2022

**COUNT ONE**
(Firearms Trafficking)

The Grand Jury charges:

1.  From at least in or about March 2022 up to and including at least in or about July 2022, in the Southern District of New York and elsewhere, BRANDY ARIAS, the defendant, not being a licensed importer, licensed manufacturer, and licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully and knowingly engage in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate and foreign commerce, to wit, ARIAS illegally sold firearms in the Bronx, New York.

(Title 18, United States Code, Sections 922(a)(1)(A),
924(a)(1)(D), and 2.)

## COUNT TWO
### (Interstate Transportation and Receipt of Firearms)

The Grand Jury further charges:

2. From at least in or about March 2022, up to and including at least in or about July 2022, in the Southern District of New York and elsewhere, BRANDY ARIAS, the defendant, not being a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully and knowingly did transport into and receive in the State of New York, where she then resided, firearms purchased and otherwise obtained by the defendant outside the State of New York, to wit, ARIAS transported into and received in New York firearms purchased in Florida.

(Title 18, United States Code, Sections 922(a)(3) and 2.)

## COUNT THREE
### (Interstate Travel to Engage in Firearms Trafficking)

The Grand Jury further charges:

3. From at least in or about March 2022 up to and including at least in or about July 2022, in the Southern District of New York and elsewhere, BRANDY ARIAS, the defendant, with the intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section 922(a)(1)(A), willfully and knowingly traveled from one state into another state and acquired, and attempted to acquire, a firearm in such

2

other state in furtherance of such purpose, to wit, ARIAS traveled between New York and Florida for the purpose of acquiring firearms with the intent that the firearms be illegally resold in New York.

(Title 18, United States Code, Sections 924(n) and 2.)

## COUNT FOUR
### (Firearms Trafficking)

The Grand Jury further charges:

4.   From at least on or about June 25, 2022 up to and including at least in or about July 2022, in the Southern District of New York and elsewhere, BRANDY ARIAS, the defendant, did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to another person in or otherwise affecting interstate commerce, and did so knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony as defined in Title 18, United States Code, Section 932(a), and did attempt to do the same, to wit, ARIAS sold three or more firearms to a single purchaser in New York State, where possession of three firearms by a single individual violates New York Penal Law Section 265.02(5)(i).

(Title 18, United States Code, Sections 933(a)(1), 933(a)(3), and 2.)

## FORFEITURE ALLEGATION

5.   As a result of committing the offenses alleged in

3

Counts Two and Four of this Indictment, BRANDY ARIAS, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 934 and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

6. As a result of committing the offenses alleged in Counts One, Two, Three, and Four of this Indictment, BRANDY ARIAS, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d)(1) and 934, and Title 28 United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in, or intended to be used in said offenses, including but not limited to:

   a. A Star PD, .45 caliber semi-automatic pistol, serial number 1600424;

   b. A Glock 17, 9mm semi-automatic pistol, serial number RMF548;

   c. A Smith & Wesson M&P, .380 caliber semi-automatic pistol, serial number NJK1136;

   d. A Charter Arms Pink Lady, .38 caliber revolver, filled-in serial number;

e. A Smith & Wesson M&P, .380 caliber semi-automatic pistol, serial number RHV1739;

f. A Glock 43, semi-automatic pistol, serial number ZWA115;

g. A Springfield Armory XDM, 9mm semi-automatic pistol, serial number AT208393;

h. A Taurus G2C, 9mm semi-automatic pistol, serial number ACN759799;

i. A Kimber Micro 9, 9mm semi-automatic pistol, serial number 592779;

j. A Stoeger Arms, .380 caliber semi-automatic pistol, serial number 592779;

k. A Ruger EC95, 9mm semi-automatic pistol, serial number 461-26253;

l. A Beretta APX A1 Carry, 9mm semi-automatic pistol, serial number AXC083619;

m. A Taurus G2C, 9mm semi-automatic pistol, serial number 1C106765;

n. A KelTec, 9mm semi-automatic pistol, serial number 132151;

o. A Walther PPS, 9mm semi-automatic pistol, serial number BC0240;

p. A Ruger, 9mm semi-automatic pistol, serial number 350066884;

q.  A Drako, 9mm semi-automatic rifle, serial number RONVMB71917746;

r.  A Glock semi-automatic pistol, serial number RVW510;

s.  A Glock barrel, serial number KZG403;

t.  A Glock 27, .40 caliber semi-automatic pistol, serial number TVR336;

u.  A Taurus, .38 caliber revolver, serial number WE123097;

v.  A Berreta PX4 Storm, .40 caliber semi-automatic pistol, serial number PZ2224C;

w.  A drum magazine;

x.  22 magazines;

y.  One magazine holder;

z.  25 rounds of .38 caliber ammunition;

aa. 50 rounds of .40 caliber ammunition;

bb. 100 rounds of .45 caliber ammunition;

cc. 12 rounds of .380 caliber ammunition;

dd. 67 rounds of 9mm ammunition; and

ee. 47 rounds of assorted ammunition, seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") on or about June 8, 2022.

### Substitute Asset Provision

7.  If any of the above-described forfeitable property, as

a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 924(d), 934, and 981; and
Title 28, United States Code, Section 2461.)

_____  
FOREPERSON

_____  
DAMIAN WILLIAMS  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

### UNITED STATES OF AMERICA

v.

**BRANDY ARIAS,**

Defendant.

---

### INDICTMENT

22 Cr.

(18 U.S.C. §§ 922(a)(1)(A), 922(a), 924(n), 933, and 2.)

DAMIAN WILLIAMS
United States Attorney

_____
Foreperson

7/26/22

*INDICTMENT FILED 7/26/22*
*SARAH NETBURN, USMJ*