

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 31, 2022

**BY ECF AND EMAIL**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Brandy Arias*, 22 Cr. 411 (JPC)

Dear Judge Cronan:

    The Government writes respectfully in response to the Court's Order dated October 31, 2022. Both parties are available for the conference to be rescheduled to November 9, 2022 at 4 p.m. Furthermore, the Government moves to exclude time under the Speedy Trial Act between November 2, 2022 to November 9, 2022, so that the parties may finish their discussions regard a pre-trial resolution of this case. The defendant consents to the exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by:  s/
        Ni Qian
        Madison Reddick Smyser
        Assistant United States Attorneys
        (212) 637-2364/-2381

cc:    Chris Flood, Esq. (by ECF and email)

2022.03.01